No. 64109.—Joseph S. Finch & Co. et al. *v.* United States, protests 137851–K, etc. (Pittsburgh).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64110.—W. A. Taylor & Co. *v.* United States, protest 140734–K/12986 (New Orleans).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 64111.—Bentley Importers et al. *v.* United States, protests 149621–K/2074, etc. (Chicago).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64112.—Jas. Barclay & Co., Ltd., et al. *v.* United States, protests 154291–K, etc. (Detroit).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64113.—Schenley Import Corp. et al. *v.* United States, protests 154459–K, etc. (Seattle).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

APRIL 20, 1960

**No. 64114.**—SUIT 4973.—Olavarria & Co., Inc. *v.* United States.— C.D. 2008 affirmed January 6, 1960. C.A.D. 729.

BEFORE THE SECOND DIVISION, APRIL 25, 1960

**No. 64115.**—D. H. Grant & Co., Inc. *v.* United States, protests 278296–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 64116.**—L. E. Coppersmith *v.* United States, protest 59/9409 (Los Angeles).

Opinion by RAO, J. The protest was dismissed.

**No. 64117.**—Railway Express Agency, Inc. *v.* United States, protest 59/12556 (Los Angeles).

Opinion by RAO, J. The protest was dismissed.

**No. 64118.**—Electrolux Corporation *v.* United States, protests 182383–K, etc. (New York).